# Court of Appeals
# of the State of Georgia

ATLANTA,  May 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0365.  WOMBLE v. THE STATE.**

Michael Robert Womble entered a guilty plea to multiple criminal charges on July 20, 2000. On March 13, 2017, Womble filed a motion for out-of-time appeal. The motion was denied on July 12, 2018. Womble then filed the instant appeal of the trial court's order. In his notice of appeal, Womble requested all of the record, including transcripts, be transmitted to this Court. However, the record before us does not include the transcript of Womble's guilty plea hearing. We therefore REMAND the above-styled case for inclusion of the guilty plea transcript in the record. Upon the filing of the transcript, the clerk of the court shall transmit the entire record and transcript to this Court for redocketing pursuant to the notice of appeal filed in this case.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/30/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*